Ambros George ADRIAN, Appellant, v. STATE of Texas, Appellee.

No. 23593.

Court of Criminal Appeals of Texas.

Nov. 27, 1946.

Crisp & Bankhead, of Kaufman, and L. F. Sanders, of Canton, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder without malice, punishment assessed being two years in the penitentiary.

We are advised by the personal affidavit of appellant that he does not desire to further prosecute his appeal, and at his request same is dismissed.

Delton Carl BERNER, Appellant, v. STATE of Texas, Appellee.

No. 23552.

Court of Criminal Appeals of Texas.

Nov. 27, 1946.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of property of more than $50 in value, punishment assessed being five years in the penitentiary.

By his personal affidavit appellant advises this court that he desires to prosecute his appeal no further, and at his request the same is dismissed.